JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS VALENZUELA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES I through X and ROE<br>CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:14-cv-00385-GMN-CWH<br><br>**STIPULATION AND ORDER TO<br>CHANGE THE DATE FOR THE<br><u>SETTLEMENT CONFERENCE</u>** |

　　　　WHEREAS, a settlement conference was scheduled by this Court to take place on April 7, 2015; and

　　　　WHEREAS, Defendant will need to have a representative travel to Las Vegas for the conference from Cincinnati, Ohio; however, both Defendant's representative with binding settlement authority and counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC. have conflicts on the current date set for the conference;

　　　　IT IS HEREBY STIPULATED AND AGREED by and between MARK L. JACKSON, ESQ. of the law firm VANNAH & VANNAH, Attorneys for Plaintiff CARLOS VALENZUELA, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for

/ / /

/ / /

/ / /

/ / /

CLAC 2925922.1

Defendant SMITH'S FOOD & DRUG CENTERS, INC. that the settlement conference currently scheduled to occur on April 7, 2015 be continued to take place on **May 20, 2015 at 9:00 a.m.**

Respectfully submitted this 13th day of March, 2015.

| VANNAH & VANNAH | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Mark L. Jackson | /s/ Jerry S. Busby |
| MARK L. JACKSON, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar # 010905 | Nevada Bar # 001107 |
| 400 South Seventh Street, #400 | 6060 Elton Avenue – Suite A |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89107 |
| (702) 233-2244 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| CARLOS VALENZUELA | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED. The parties are also directed to submit their settlement briefs to the Honorable C.W. Hoffman's chambers **no later than 12:00 p.m. on May 12, 2015.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 27, 2015

2

CLAC 2925922.1