JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| CARLOS VALENZUELA, | CASE NO. 2:14-cv-00385-GMN-CWH |
|---|---|
| Plaintiff, | |
| v. | |
| SMITH'S FOOD & DRUG CENTERS, INC.; DOES I through X and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, the parties and their counsel have agreed upon a full and final settlement of this case.

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and MARK L. JACKSON, ESQ. of the law firm VANNAH & VANNAH, counsel for Plaintiff CARLOS VALENZUELA as follows:

///
///
///
///
///
///
///
///

CLAC 3811062.1

1. Plaintiff CARLOS VALENZUELA'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 7th day of December, 2016.

| VANNAH & VANNAH | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Mark L. Jackson | /s/ Jerry S. Busby |
| MARK L. JACKSON, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar # 010905 | Nevada Bar # 001107 |
| 400 South Seventh Street – Suite 400 | 1835 Village Center Circle |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89134 |
| (702) 369-4161 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| CARLOS VALENZUELA | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this __8__ December, 2016.

2

CLAC 3811062.1